UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Licary, Joel Newton

Licary, Nancy Juanita

Debtor(s).

Case No.: 8:12-bk-08567

Chapter: 13

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Joel Newton & Nancy Juanita Licary declare(s) under penalty of perjury that:

1. I\We have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document (s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my\our knowledge and belief.

3. I\We understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_Joel Newton Licary_
Signature of Debtor or other declarant

Date Executed: 5/29/12

_Nancy Juanita Licary_
Signature of Joint Debtor

Date Filed: 5/31/12

**Verified Document(s):**

- ✓ Voluntary Petition
- ✓ Exhibit "D" to the Voluntary Petition
- ✓ Summary of Schedules
- ✓ Schedules A through J
- ✓ Declaration Concerning Debtor's Schedules
- ✓ Statement of Financial Affairs
- ___ Statement of Intention
- ✓ Declaration of Electronic Filing

- ✓ Notice to Individual Consumer Debtor(s)
- ✓ Verification of Creditor Matrix
- ✓ Creditor Address Matrix
- ✓ Disclosure of Compensation of Attorney
- ✓ Statement of Social Security Number(s)
- ✓ Statement of Current Monthly Income
- ✓ CHAPTER 13 PLAN
- ___ Other: _____