UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s) Joel and Nancy Licary                          Case No: 12-08567

1st Amended Chapter 13 Plan

**I. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A    $212.00 for months ____1____ to ____60____

B    $_____ for months _____ to _____

C    $_____ for months _____ to _____

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE:** $ 3,850.0000          TOTAL PAID $ 1000.00

Balance Due $2850.00                                     Payable Through Plan at $140.00 Monthly

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**                                     **Total Claim**

None

**TRUSTEE FEES:**   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

   **Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to § 1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**                 **Collateral**                 **Adequate Protection Pmt. in Plan**

          None

   **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

**Name of Creditor**                 **Collateral**                 **Estimated Payment**
None

---
[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

1

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| None | | |

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral |
|---|---|
| None | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest @ ____ % |
|---|---|---|---|---|
| 1. ESB/Harley Davidson | 08 Harley Davidson | 55.51 for first 21 months then 95.51 for remainder of the plan, valued at $5,000.00 to be paid at 5.5%. | | |

paid at 5.5%.

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot. Pmt. in Plan | Value | Interest @ ____ % |
|---|---|---|---|---|
| NONE | | | | |

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. in Plan | Arrearages |
|---|---|---|---|
| NONE | | | |

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any co-debtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| 1. HSBC first mortgage, | 7126 14th St. N., St. Pete. FL |

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable co-debtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Island One, | Time share island one |

2. HSBC/Capital One  08 Yamaha

**SECURED - LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| HSBC  2nd Mortgage | 7126 14TH St. N., St. Pete, FL | $29,000.00 |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|

None

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $2630.00

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim *or other amount* as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: Debtors have a potential claim against HSBC for violation of the Florida Consumer Collection Act. They shall seek court approval of any settlement or resolution and shall dedicate the net proceeds of the suit as required by the court after hearing.

Debtor: _[signature]_  Date: 10/13/12
Debtor: _[signature]_  Date: 10/13/12

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the following parties either by electronic mail or by first class U. S. Mail: Office of the U.S. Trustee, 501 E. Polk St., Tampa, FL 33602; Terry E. Smith, Trustee, P.O. Box 6099, Sun City Center, FL 33571-6099; and to the creditors listed on the attached Mailing Matrix this 19th day of October, 2012.


/s/ Robert M. Geller
Robert M. Geller
Attorney for Debtor
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, Florida  33606
(813) 254-7687
Fla. Bar No.:  588105

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:12-bk-08567-KRM<br>Middle District of Florida<br>Tampa<br>Fri Oct 19 14:40:19 EDT 2012 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Pinellas County Tax Collector (AB)<br>PO Box 4006<br>Seminole, FL 33775-4006 |
| United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 | Allied Interstate<br>PO Box 960061<br>Orlando, FL 32896-0061 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Card Services<br>Dept. 7680<br>Carol Stream, IL 60116-7680 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Encore Receivables Man.<br>PO Box 3330<br>Olathe, KS 66063-3330 |
| Esb/Harley Davidson Cr<br>Po Box 21829<br>Carson City, NV 89721-1829 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 | GECRB/Sam's Club<br>P.O. Box 103104<br>Roswell, GA 30076-9104 |
| Gdyr/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Gecrb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gecrb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| HSBC Bank USA N.A.<br>c/o Steven G. Powrozek, Esq.<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd, Ste 100<br>Tampa, FL 33614-2429 | HSBC Bank USA, N.A.<br>PO Box 21188<br>Eagan, Minnesota 55121-0188 | Harley-Davidson Credit Corp.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 |
| Hsbc Bank<br>2929 Walden Ave<br>Depew, NY 14043-2690 | Hsbc/Ymaha<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Island One, Inc.<br>8680 Commodity Cir<br>Orlando, FL 32819-9000 | Northland Group<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Pinellas County Tax Collector<br>PO Box 4006<br>Seminole, FL 33775-4006 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Wfnnb/Woman/Within<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Joel Newton Licary<br>7126 14th Street N<br>Saint Petersburg, FL 33702-5734 | Nancy Juanita Licary<br>7126 14th Street N<br>Saint Petersburg, FL 33702-5734 |

Robert M Geller
Law Offices of Robert M. Geller, P.A.
807 W Azeele Street
Tampa, FL 33606-2209

Terry E Smith
PO Box 6099
Sun City Center, FL 33571-6099

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Bank USA, N.A.

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32