

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/21/2014 10:15 AM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:12-bk-08567-KRM | 13 | 05/31/2012 |

Chapter 13

**DEBTOR:** Joel Licary

Nancy Licary

**DEBTOR ATTY:** Robert Geller

**TRUSTEE:** Terry Smith

**HEARING:**

Motion for Approval to Pay Off Debt In Full on 2008 Yamaha CP250XL Motor Scooter (Capital One, N.A., formerly, Household Bank) Filed by the Debtors, Doc #54
.

**APPEARANCES::**

William Harrison, Robert Geller.


**RULING:**
Motion for Approval to Pay Off Debt In Full on 2008 Yamaha CP250XL Motor Scooter (Capital One, N.A., formerly, Household Bank) Filed by the Debtors, Doc #54 -   Granted; fees to be paid direct.   Order by Geller.

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.