## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

**JOEL NEWTON LICARY**                                 CASE NO. 8:12-bk-08567-KRM
**and**
**NANCY JUANITA LICARY,**                             Chapter 13

      **Debtors.**
_____/

### ORDER GRANTING MOTION FOR APPROVAL TO PAY OFF DEBT IN FULL
### ON 2008 YAMAHA CP250XL MOTOR SCOOTER

THIS CASE came on to be considered before the Court on May 21, 2014, at 10:15 a.m., to consider

the Debtors' Motion for Approval to Pay Off Debt in Full on 2008 Yamaha CP250XL Motor Scooter (Doc

#54), (the "Motion").   The Court having been fully advised in the premises, it is therefore

**ORDERED AND ADJUDGED** that:

1. That the Debtor's Motion for Approval to Pay Off Debt in Full on 2008 Yamaha CP250XL Motor

   Scooter is **GRANTED**.

2. That the Debtors may pay Capital One, N.A., $1,400.00 to pay off the 2008 Yamaha CP 250XL

   motor scooter.

3. That the Debtors may use proceeds from their 401k for this payment.

4. That Capital One, N.A. shall deliver the vehicle title to the Debtors upon payment received.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on  June 09, 2014
_____.

_____
K. RODNEY MAY
 U.S. Bankruptcy Judge

- Robert M. Geller is directed to serve a copy of this Order on interested parties and file a proof of
  service within 3 days of entry of the order.