**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

Joel Newton Licary and Nancy Juanita Licary        Case No. 8:12-bk-08567-KRM
                                                   Chapter 13

    Debtors.
_____/

**PROOF OF SERVICE OF ORDER GRANTING MOTION FOR APPROVAL TO PAY OFF DEBT IN FULL ON 2008 YAMAHA CP250XL MOTOR SCOOTER**

COMES NOW, the undersigned counsel, and hereby certifies that the June 9, 2014 Order Granting Motion for Approval to Pay Off Debt in Full on 2008 Yamaha CP250XL Motor Scooter (D.E. 58) has been served on the below interested parties:

*Terry E. Smith, Chapter 13 Trustee

Capital One Bank, N.A., c/o Bass & Associates, P.C., via regular U.S. Mail, 3936 East Fort Lowell Road, Suite 200, Tucson, Arizona 85712

Joel and Nancy Licary, via regular U.S. Mail, 7126 14th Street North, Saint Petersburg, Florida 33702

*Served via electronic delivery by the Court upon entry of the Order.

Dated June 9, 2014

/s/ Robert M. Geller_____
Robert M. Geller, Esquire
FL Bar # 588105
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Telephone: (813) 254-7687
Facsimile: (813) 253-3405
E-mail: rmgbk@verizon.net
Attorney for Debtors

1